# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-535-RJC-DCK

| | |
|---|---|
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| JAX, LLC, D/B/A GOLDEN CORRAL, | )<br>) |
| Defendant. | )<br>) |
| And | )<br>) |
| SEAN FERNANDEZ, | )<br>) |
| Plaintiff-Intervenor, | )<br>) |
| v. | )<br>) |
| JAX, LLC D/B/A GOLDEN CORRAL and CORNELIUS TAYLOR, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Intervenor Sean Fernandez' "Motion To Intervene" (Document No. 3) filed October 4, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting Plaintiff's counsel does not object to the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Intervenor Sean Fernandez' "Motion To Intervene" (Document No. 3) is **GRANTED**. Sean Fernandez is hereby added as a Plaintiff;

Cornelius Taylor is added as a Defendant. Intervenor-Plaintiff Fernandez shall file and serve its Complaint.[1]

Signed: October 5, 2017

David C. Keesler
United States Magistrate Judge

---

[1] The Administrative Procedures Governing Filing and Service by Electronic Means, revised January 1, 2012, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."