# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-535-RJC-DCK

| | |
|---|---|
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| JAX, LLC, D/B/A GOLDEN CORRAL, | )<br>)<br>) |
| Defendant. | )<br>) |
| And | )<br>) |
| SEAN FERNANDEZ, | )<br>)<br>) |
| Plaintiff-Intervenor, | )<br>) |
| v. | )<br>)<br>) |
| JAX, LLC D/B/A GOLDEN CORRAL and CORNELIUS TAYLOR, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Stay Due To Government Shutdown With Request for Expedited Ruling" (Document No. 13) filed January 22, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Stay Due To Government Shutdown With Request for Expedited Ruling" (Document No. 13) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the parties shall conduct an Initial Attorney's Conference on or before **February 6, 2018**. <u>See</u> Local Rule 16.1.

Signed: January 23, 2018

David C. Keesler
United States Magistrate Judge